# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caroline Marie De Laurell,<br><br>　　　　Plaintiff(s),<br><br>　　　v.<br><br>Ford Motor Credit Company LLC et al,<br><br>　　　　Defendant(s). | Case No. 8:20-cv-01103-JLS(JDEx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On September 10, 2020, Plaintiff filed a Notice of Settlement (doc. 16), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

///

///

1    The parties shall file a Stipulation of Dismissal no later than
2 November 10, 2020. If no dismissal is filed, the Court deems the
3 matter dismissed at that time.
4    The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

7 IT IS SO ORDERED.

9    DATED: September 11, 2020

                                            JOSEPHINE L. STATON
                                            _____
                                            HONORABLE JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE